DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEMETRIUS DEONTA SPIRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0097

_____

June 21, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Demetrius Deonta Spires, pro se.


PER CURIAM.


Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.